IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.     21-cr-00170-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  PATRICK APOSTOL,

    Defendant.

## INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about September 21, 2020, in the State and District of Colorado, the defendant, PATRICK APOSTOL, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

## COUNT 2

On or about September 21, 2020, in the State and District of Colorado, the defendant, PATRICK APOSTOL, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as charged in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3

On or about September 21, 2020, in the State and District of Colorado, the defendant, PATRICK APOSTOL, knowingly received and possessed a firearm, to wit, a rifle having a barrel of less than 16 inches in length, as defined in 26 U.S.C. § 5845(a)(3) and 26 U.S.C. § 5845(c), which is not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

## FORFEITURE ALLEGATION

1.   The allegations contained in Counts 1 through 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 26, United States Code, Section 5872(a), Title 28, United States Code, Section 2461(c).

2.   Upon conviction of the violation(s) alleged in Count 1 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendant's right, title, and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of such offense.

3.   Upon conviction of the violation(s) alleged in Count 2 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including but not limited to the

following:  (1)  Canik TP9 Elite 9mm pistol with serial number T6472-20CB14313; and (2) the recovered ammunition.

    4.    Upon conviction of the violation(s) alleged in Count 3 of the Indictment, the defendant shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense, including but not limited to the following:  (1) Spike's Tactical LLC, ST-15 .223 caliber rifle with serial number SCR063991.

    5.    If any of the property described in paragraphs 2 through 4 above, as a result of any act or omission of the defendant:

    a)    cannot be located upon the exercise of due diligence;
    b)    has been transferred or sold to, or deposited with, a third party;
    c)    has been placed beyond the jurisdiction of the Court;
    d)    has been substantially diminished in value; or
    e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

    A TRUE BILL:

    <u>Ink Signature on File in Clerk's Office</u>
    FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/ Rajiv Mohan*
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Rajiv.Mohan@usdoj.gov
Attorney for Government

4