| | |
|---|---|
| <u>DEFENDANT</u>: | PATRICK APOSTOL |
| <u>YOB</u>: | 1978 |
| <u>COMPLAINT FILED?</u> | ____ Yes   __X__ No |
| <u>OFFENSE(S)</u>: | <u>Count 1</u>:  Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1) & (b)(1)(D) |
| | <u>Count 2</u>:  Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i). |
| | <u>Count 3</u>:  Receipt or Possession of Unregistered Firearm, 26 U.S.C. § 5861(d) |
| <u>LOCATION OF OFFENSE</u>: | Denver County, Colorado |
| <u>PENALTY</u>: | <u>Count 1</u>:  NMT 5 years' imprisonment, NMT $250,000 fine, or both; NLT 2 years' supervised release; $100 special assessment fee. |
| | <u>Count 2</u>:  NLT 5 years' imprisonment to run consecutive to any other sentence and NMT life imprisonment, NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment fee. |
| | <u>Count 3</u>:  NMT 10 years' imprisonment, NMT $10,000 fine, or both; NMT 3 years' supervised release; $100 special assessment fee. |
| <u>AGENT</u>: | Ryan McKone, Special Agent, ATF |
| <u>AUTHORIZED BY</u>: | Rajiv Mohan, Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

 X  five days or less; __ over five days

<u>THE GOVERNMENT</u>

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is applicable to this defendant.