# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:21-CR-00170-DDD-1

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Patrick APOSTOL,

   Defendant.

---

## ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION

---

THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

HAVING considered the probation officer's petition, the Court:

ORDERS the defendant's terms of supervision be modified to include the following special conditions:

1. You must reside in a residential reentry center (RRC) for a period of up to 6 months, to commence upon release from confinement or upon the first available vacancy at an RRC and must observe the rules of that facility. An early discharge from the RRC may be authorized by the probation officer in consideration of the availability of a suitable residence, your ability to pay for a residence, and your compliance with the conditions of supervision.

FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

DATED at Denver, Colorado, this _____ day of April 2023.

BY THE COURT:

_____
Daniel D. Domenico
United States District Judge